1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERTO HERRERA,                        No.  2:16-cv-0020 JAM AC P

12              Petitioner,

13       v.                                  ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
14   D. DAVEY,

15              Respondent.

16

17       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915.

20       Examination of the in forma pauperis application reveals that petitioner is unable to afford

21   the costs of suit.  ECF No. 5.  Accordingly, the application to proceed in forma pauperis will be

22   granted.  See 28 U.S.C. § 1915(a).

23       In the instant petition, petitioner challenges his September 9, 2010 conviction for battery

24   on a non-inmate and possession of a homemade prison weapon.  ECF No. 1 at 1.  Petitioner was

25   sentenced to an indeterminate term of twenty-five years to life.  Id.  He alleges that his due

26   process rights and right to effective assistance of counsel were violated and that he has new

27   evidence that was not heard by the court.  Id. at 5, 7, 17-20.

28       The petition states (id. at 10), and the court's records confirm, that petitioner has

                                              1

1   previously filed an application for a writ of habeas corpus attacking the conviction and sentence

2   challenged in this case.  The previous application was filed on February 22, 2012; challenges the

3   conviction and sentence on the same grounds; and was pending at the time petitioner filed the

4   instant petition.  Id.; Herrera v. Gipson (Gipson), No. 2:12-cv-00508 DAD, ECF No. 1.  The issue

5   of new evidence has also been raised in Gipson.  Gipson, ECF No. 119.  Petitioner is represented

6   by counsel in Gipson, and since the filing of the instant petition, the petition in Gipson was denied

7   on the merits on April 1, 2016, and petitioner filed a notice of appeal on April 15, 2016.  Gipson,

8   ECF Nos. 125, 126.  This court takes judicial notice of the record in that proceeding.  United

9   States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its

10   own records in other cases.").

11   Because the instant petition is duplicative of the petition in Gipson, which is not yet final

12   because petitioner is pursuing an appeal, the court will recommend the instant petition be

13   dismissed as duplicative.

14   Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma

15   pauperis (ECF No. 5) is granted.

16   IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice

17   because it is duplicative of Herrera v. Gipson, No. 2:12-cv-00508 DAD, in which petitioner is

18   currently pursuing an appeal.

19   These findings and recommendations are submitted to the United States District Judge

20   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

21   after being served with these findings and recommendations, petitioner may file written

22   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

23   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

24   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

25   F.2d 1153 (9th Cir. 1991).

26   DATED: May 4, 2016

27   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

28

2